**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 45311**

| | | |
|---|---|---|
| **STATE OF IDAHO,** | ) | **2018 Unpublished Opinion No. 428** |
| | ) | |
| **Plaintiff-Respondent,** | ) | **Filed: April 19, 2018** |
| | ) | |
| **v.** | ) | **Karel A. Lehrman, Clerk** |
| | ) | |
| **RYAN ANTHONY RASULO,** | ) | **THIS IS AN UNPUBLISHED** |
| | ) | **OPINION AND SHALL NOT** |
| **Defendant-Appellant.** | ) | **BE CITED AS AUTHORITY** |
| | ) | |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael Reardon, District Judge.

Judgment of conviction and sentences of a unified term of twenty years, with a minimum period of confinement of ten years, for trafficking in heroin; a concurrent determinate term of five years for aggravated assault; and a concurrent determinate term of five years for unlawful possession of a firearm, <u>affirmed</u>.

Eric D. Fredericksen, State Appellate Public Defender; Erik R. Lehtinen, Chief, Appellate Unit, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and LORELLO, Judge
_____

PER CURIAM

Ryan Anthony Rasulo pled guilty to trafficking in heroin, I.C. § 37-2732B(a)(6); aggravated assault, I.C. §§ 18-901(b) and 18-905(a); and unlawful possession of a firearm, I.C. § 18-3116. In exchange for his guilty pleas, additional charges were dismissed including an allegation that he was a persistent violator. The district court sentenced Rasulo to a unified term of twenty years, with a minimum period of confinement of ten years, for trafficking in heroin; a

1

concurrent determinate term of five years for aggravated assault; and a concurrent determinate term of five years for unlawful possession of a firearm. Rasulo appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and need not be repeated here. *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982). When reviewing the length of a sentence, we consider the defendant's entire sentence. *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007). Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Rasulo's judgment of conviction and sentences are affirmed.